# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-3322
LT Case No. 05-2022-CF-12397-A

_____

CARLO BALDANZA, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen
Randolph Putnam, Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

November 4, 2025

PER CURIAM.

AFFIRMED.

HARRIS, SOUD, and KILBANE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*